Decided March 31, 2005

### JOHN DOE *v.* JOHN M. CHRISTOFORO ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 87 Conn. App. 359 (AC 23908), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court properly excluded the defendant's statement from evidence?"

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 17400.

*William F. Gallagher* and *David McCarry*, in support of the petition.

*Eric J. Stockman* and *Maureen Sullivan Dinnan*, in opposition.

Decided March 31, 2005